UNITED STATES BANKRUPTCY
COURT SOUTHERN DISTRICT OF
FLORIDA

Case No: 16-24241-LMI                              Adv. No. 17-01054-LMI
Chapter 13

In re:
**Name of Debtors**: Glenville Bevin Smith and Georgia Charmaine Smith
_____  _____/

**Thompson Smith & Associates, LLC**
(Plaintiff)

v.

**Savetax Financial Inc., Mariela Arroyo, Tax Advising Partners, LLC, and Carolyn T. Nicotra**
(Defendants)
_____/

**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Bankruptcy Procedure 7041 and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all Parties who have appeared in this matter hereby stipulate to the dismissal of this action with prejudice.

Dated: March 8, 2017                              Respectfully submitted,

By: s/ *Jonathan Pollard*                         *s/ Mark Goldstein*


Jonathan Pollard, Esq.                            Mark Goldstein
Florida Bar No.: 83613                            Florida Bar No.: 882186
jpollard@pollardllc.com                           markgoldsteinattorney@gmail.com


Pollard PLLC                                      Mark A. Goldstein, Attorney at Law
401 E. Las Olas Blvd. #1400                       1380 NE Miami Gardens Dr. #205
Fort Lauderdale, FL 33301                         Miami, FL 33179
Telephone: 954-332-2380                           Telephone: 305-342-4839
Facsimile: 866-594-5731                           Facsimile: 305-572-7070
*Attorney for Defendants*                         *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that on March 8, 2017, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF and served upon all counsel of record, either via transmission of Notices of Electronic Filing Generated by CM/ECF or in some other authorized manner for those parties who are not authorized to received electronically Notices of Electronic Filing.

*s/ Mark. A. Goldstein*
*s/ Jonathan Pollard*